

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOSE ANTONY CABRAL, | § | No. 08-19-00128-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D01243) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **April 2, 2020.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 2, 2020.

Further, The Court appreciates Counsel's diligence in keeping his client involved in the appellate process, but a litigant's ability to review the trial transcript is secondary to the attorney's review of the record to determine the existence of error.  The Court will not entertain any further motions to extend the time to file Appellant's brief.

IT IS SO ORDERED this 28th day of February, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.